Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

## ATTORNEY FOR CREDITOR: REGIONAL ACCEPTANCE CORPORATION

## IN THE BANKRUPTCY COURT FOR THE
## DISTRICT OF NEW JERSEY (CAMDEN)
## HONORABLE JERROLD N. POSLUSNY JR.

| | |
|---|---|
| In re: | Case No. 18-34018-JNP |
| ANTHONY R BROOKS, JR. | |
| SHERIE N BROOKS | |
| Debtors, | Chapter 13 |
| | Hearing Date: April 23, 2019 |

## CERTIFICATION IN SUPPORT OF MOTION OF REGIONAL ACCEPTANCE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

*Christina Wilson* certifies as follows:

1. I am employed by Regional Acceptance Corporation, ("RAC") and am familiar with the facts of this case.

2. On February 2, 2017, Debtors executed a Retail Installment Sale Contract for the purchase of a 2014 Chrysler 300 Sedan 4D AWD 3.6L V6, VIN# 2C3CCARG6EH143245 (the "Vehicle"). Regional Acceptance Corporation has a security interest in the Vehicle, copies of the Contract and Title are attached hereto as Exhibits A and B, respectively.

3. The payoff under the contract as of March 27, 2019 will be $27,923.84 which includes interest at 19.95%.

4. The Contract requires 72 monthly payments in the amount of $643.53, with the payments due on the 19th of each month.

5. The existing post-petition delinquency under the Contract is $2,586.99.

6. The N.A.D.A. value for the Vehicle is $14,725.00. A true and correct copy of a printout showing that value is attached hereto as Exhibit C. Therefore, there is no equity in the Vehicle.

7. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 3/27/2019    *Christina Wilson*

Bankruptcy Representative