UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

822641
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

| In Re: | Case No: 18-34018 - JNP |
|---|---|
| ANTHONY R BROOKS, JR<br>SHERIE N BROOKS | Hearing Date: 05/14/2019 @ 10:00 AM |
| | Judge: JERROLD N. POSLUSNY JR. |
| | Chapter: 13 |

## CERTIFICATION OF SERVICE

1.      I, Marc Schroeder:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, N.A. in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On April 15, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

Motion for Relief

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    April 15, 2019              /s/ *Marc Schroeder* _____
                                               Marc Schroeder

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ANTHONY R BROOKS, JR<br>712 SHERWOOD DRIVE<br>WILLIAMSTOWN, NJ 08094 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| SHERIE N BROOKS<br>712 SHERWOOD DRIVE<br>WILLIAMSTOWN, NJ 08094 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| BRAD J. SADEK, Esquire<br>1315 WALNUT STREET<br>STE 502<br>PHILADELPHIA, PA 19107 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee | Trustee | ☐ Hand-delivered<br>☒ Regular Mail |

| | | |
|---|---|---|
| One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.