| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bernstein-Burkley, P.C.<br>Keri P. Ebeck, Esquire<br>NJ Bar No. 262092017<br>kebeck@bernsteinlaw.com<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8112<br><br>In Re:<br><br>ANTHONY R BROOKS, JR.<br>SHERIE N BROOKS<br>            Debtors, | Case No.: 18-34018-JNP<br><br>Chapter: 13<br><br>Adv. No.: <br><br>Hearing Date: April 23, 2019<br><br>Judge: Poslusny |

**CERTIFICATION OF SERVICE**

1. I, Keri P. Ebeck :

    ☒ represent Regional Acceptance Corporation in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On March 29, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Doc 23 Order Granting Relief from Stay re: 2014 Chrysler 300 Sedan 4D AWD 3.6L V6, VIN# 2C3CCARG6EH143245

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 24, 2019          /s/ Keri P. Ebeck
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony R Brooks, Jr. & Sherie N Brooks<br>712 Sherwood Drive<br>Williamstown, NJ 08094 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |