UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
    Attorney for Debtors

In re:

    **Anthony R Brooks, Jr**
    **Sherie N Brooks**

Case No.:        **18-34018**

Chapter:         **13**

Adv. No.:

Hearing Date:    May 14, 2019

Judge:           Jerrold N. Poslusny

## CERTIFICATION OF SERVICE

1.  I, **Karen M. Campling**    :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Brad J. Sadek, Esq.**, who represents

    **Anthony R Brooks, Jr. and Sherie N. Brooks**    in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2.  On **May 6, 2019**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Chapter 13 Debtors' Certification in Opposition to Motion for Relief**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **May 6, 2019**                         **/s/ Karen M. Campling**
                                               Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Bank, N.A.<br>c/o Phelan Hallinan Diamond and Jones<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy