| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Offices<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107<br>215-545-0008<br>   Attorney for Debtors<br><br>In re:<br>   **Anthony R Brooks, Jr**<br>   **Sherie N Brooks** | Case No.: **18-34018**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny |

# CERTIFICATION OF SERVICE

1. I, **Karen M. Campling** :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Brad J. Sadek, Esq.**, who represents

   **Anthony R Brooks, Jr. and Sherie N. Brooks** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **May 23, 2019**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   **Modified Chapter 13 Plan and Chapter 13 Plan Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **May 23, 2019**          **/s/ Karen M. Campling**
                                                              Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**c/o Phelan Hallinan Diamond and Jones**<br>**1617 JFK Boulevard, Suite 1400**<br>**Philadelphia, PA 19103** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel C. Balboa**<br>**Chapter 13 Trustee** | **Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **AmSher collection Srv**<br>**4524 Southlake Parkway**<br>**Ste 15**<br>**Hoover, AL 35244-3271** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Alas Acquisitions, LLC**<br>**294 Union Street**<br>**Hackensack, NJ 07601-4303** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Bank of America, N.A.**<br>**PO Box 31785**<br>**Tampa, FL 33631-3785** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Comcast**<br>**PO Box 1931**<br>**Burlingame, CA 94011-1931** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☑ Regular mail |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| **Chase Bank UA, N.A.**<br>**c/o Robertson, Anschutz & Schneid, P.L.**<br>**6409 Congress Avenue**<br>**Suite 100**<br>**Boca Raton, FL 33487-2853** | **Creditor** | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Commercial Acceptance Company**<br>**2300 Gettysburg Road**<br>**Suite 102**<br>**Camp Hill, PA 17011-7303** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Credit Acceptance**<br>**25505 West 12 Mile Road**<br>**Suite 3000**<br>**Southfield, MI 48034-8331** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Department Stores National Bank**<br>**c/o Quantum3 Group LLC**<br>**PO Box 657**<br>**Kirkland, WA 98083-0657** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **ERC/Enhanced Recovery Group**<br>**Attn: Bankruptcy Dept**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Emergency Physician Associates of South Jersey**<br>**PO Box 1123**<br>**Minneapolis, MN 55440-1123** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Financial Recoveries**<br>**Attn: Bankruptcy Department**<br>**PO Box 1388** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    *rev. 8/1/15*    Best Case Bankruptcy

| | | |
|---|---|---|
| Mt. Laurel, NJ 08054 | **Creditor** | (as authorized by the court *) |
| **First Premier Bank**<br>**Attn: Bankruptcy Department**<br>**PO Box 5524**<br>**Sioux Falls, SD 57117-5524** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **IC System Inc**<br>**Attn: Bankrutpcy Dept**<br>**PO Box 64378**<br>**St Paul, MN 55164-0378** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Impact Receivables Mgnt**<br>**11104 W Airport Blvd**<br>**Stafford, TX 77477-3035** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Nelnet on behalf of COAC**<br>**PO Box 16358**<br>**St Paul, MN 55116-0358** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **PHEAA**<br>**American Education Services**<br>**PO Box 8147**<br>**Harrisburg, PA 17105-8147** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Phelan Hallinan Diamond & Jones**<br>**400 Fellowship Road**<br>**Suite 100**<br>**Mt. Laurel, NJ 08054-3437** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| **Portfolio Recovery Associates, LLC**<br>**PO Box 41067**<br>**Norfolk, VA 23541-1067** | **Creditor** | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Premier Bankcard, LLC**<br>**Jefferson Capital Systems LLC**<br>**PO Box 7999**<br>**St Cloud, MN 56302-7999** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Quantum3 Group LLC as agent for**<br>**Comenity Bank**<br>**PO Box 788**<br>**Kirkland, WA 98083-0788** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Recovery One**<br>**Attn: Bankruptcy Dept**<br>**3240 Henderson Road**<br>**Columbus, OH 43220-2300** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Regional Acceptance Corporation**<br>**PO Box 1847**<br>**Wilson, NC 27894-1847** | **Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Bernstein-Burley, P.C.**<br>**707 Grant Street**<br>**Suite 2200, Gulf Tower**<br>**Pittsburgh, PA 15219** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Security Check**<br>**Attn: Bankruptcy Dept.**<br>**2612 Jackson Ave W**<br>**Oxford, MS 38655-5405** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

| | | |
|---|---|---|
| **Synchrony Bank**<br>**c/o of PRA Receivables Management, LLC**<br>**PO Box 41021**<br>**Norfolk, VA 23541-1021** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **U.S. Department of Education**<br>**c/o FedLoan Servicing**<br>**P.O. Box 69184**<br>**Harrisburg, PA 17106-9184** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **United States Department of Education**<br>**Claims Filing Unit**<br>**PO Box 8973**<br>**Madison, WI 53708-8973** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **US Department of Education c/o Nelnet**<br>**121 South 13th Street, Suite 201**<br>**Lincoln, NE 68508-1911** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Verizon**<br>**by American InfoSource as agent**<br>**4515 N Santa Fe Avenue**<br>**Oklahoma City, OK 73118-7901** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Wells Fargo Bank, N.A.**<br>**Default Document Processing**<br>**N9286-01Y**<br>**1000 Blue Gentian Road**<br>**Eagan, MN 55121-7700** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☑ Regular mail |

| | | |
|---|---|---|
| **Wells Fargo Dealer Services**<br>**Attn: Bankrutpcy Dept**<br>**PO Box 19657**<br>**Irvine, CA 92623-9657** | **Creditor** | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Anthony & Sherie Brooks**<br>**712 Sherwood Drive**<br>**Williamstown, NJ 08094** | **Debtors** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy